UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JABARI HASHIM SPENCER,

                    Plaintiff,

                                                                       ORDER
         v.                                                            10-CV-822A

DEPUTY HUSSAN,
DEPUTY DELIO,
DEPUTY KNUFFER,
FIRST DEPUTY SUPERINTENDENT REARDON,
and
CAPTAIN HARTMAN
                    Defendants.

_____

         The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 22, 2013, Magistrate

Judge Schroeder filed a Report and Recommendation, recommending that defendants'

motion for summary judgment be granted.

         The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

         ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set

forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motion for

summary judgment is granted.

         The Clerk of Court shall take all steps necessary to close the case.

      SO ORDERED.


                                                    s/ Richard J. Arcara
                                                    HONORABLE RICHARD J. ARCARA
                                                    UNITED STATES DISTRICT JUDGE

DATED: September 13, 2013